Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Christopher Gonzalez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Gonzalez<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Bank of America, N.A.<br><br>　　　　Defendant | Case No.: 2:23-cv-00024-FLA-MAR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Christopher Gonzalez, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Bank of America, N.A. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

　　(a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Bank of America, N.A. has neither answered Plaintiff's Complaint,

1  nor filed a motion for summary judgment.  Accordingly, the matter may be
2  dismissed against it for all purposes and without an Order of the Court.
3
4  Dated: May 12, 2023                 Gale, Angelo, Johnson, & Patrick, P.C.
5
6                                                    By:      */s/ Joe Angelo*
7                                                              Joe Angelo
                                                           Attorneys for Plaintiff